UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMILY BERENICE VALDOVINOS,<br><br>　　　　　Defendant. | Case No. 23-mj-70124-MAG-1  (SVK)<br><br>**ORDER WITHDRAWING RULE 5 NOTICE AND CLOSING CASE**<br><br>Re: Dkt. No. 6 |

　　　The Court is informed that the pretrial violation notice filed in the Southern District of California has been dismissed. Accordingly, the Rule 5 Notice filed in this case was withdrawn by the AUSA, and the Defendant was remanded to the USMS for transfer to the Bureau of Prisons. This case is ordered closed.

　　　**IT IS SO ORDERED.**

Dated: February 8, 2023

_____
SUSAN VAN KEULEN
United States Magistrate Judge